IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

     vs.           No. 12-40076-01-JAR

LAURA D. BOUTON,
        Defendant.

**ORDER TO DISMISS**

The matter comes on before the Court on the motion of the government for an order dismissing the indictment against the above-named defendant.

In support of this motion, the United States of America states that a post-indictment evaluation of the evidence in this case indicates that the possible penalties which must be levied in a case of this sort are disproportionate to the specific conduct in which defendant has engaged, and that defendant has already spent a time in custody on this matter, six days, while pending her Rule 5 hearing. The government feels that the custodial time spent is sufficient punishment to meet the ends of justice and to deter future illegality. The United States respectfully requests that this Court enter an order dismissing the indictment without prejudice. Defendant's counsel has no objection.

The Court has carefully reviewed the motion and the information contained in the clerk's docket sheet regarding this matter, and the Court finds that the ends of justice justify the action requested by the government. The Court orders defendant Bouton dismissed from charges in the indictment.

Dated: <u>December 7, 2012</u>

                                            <u>S/ Julie A. Robinson</u>
                                            JULIE A. ROBINSON
                                            UNITED STATES DISTRICT JUDGE